UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ELIZABETH STAFF,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ISIDRO BACA, et al.<br><br>　　　　　　　　　　Defendants. | Case No. 3:14-CV-0403-RCJ (VPC)<br><br>ORDER APPOINTING COUNSEL AND GUARDIAN AD LITEM |

On October 23, 2014, the court notified the parties of its intent to appoint counsel and guardian ad litem in this case (#15). Defendants responded that they were not aware of any prior appointment of guardian ad litem for plaintiff (#18). No objections were filed. Based upon the nature of the mental health treatment claims in plaintiff's prisoner civil rights complaint, the court hereby **GRANTS** plaintiff's motions for guardian ad litem (#3) and for counsel (#1-3) as follows:

　　1.　　The court hereby appoints Melissa Piasecki, M.D. as plaintiff's guardian ad litem. The guardian ad litem shall assist plaintiff and her counsel in the investigation of her mental health treatment claims and to prepare for an early settlement conference. Based on the serious nature of the allegations in plaintiff's complaint, the court finds that adequate protection of plaintiff's interests and preservation of her legal rights can only be achieved through a guardian ad litem appointment. Fed.R.Civ.P. 17(c) (providing that an incompetent person who does not have a duly appointed representative may sue by a guardian ad litem). Dr. Piasecki's address is 561 Keystone Avenue, Suite 104, Reno, Nevada 89503, and telephone number (775) 722-1077.

　　2.　　The Nevada Disability Advocacy & Law Center is appointed as counsel in this matter. The appointment shall be for the limited purpose of investigating plaintiff's claims and

attending an early settlement conference. The contact persons will be Lynne Bigley, Supervising Attorney, Nevada Disability Advocacy & Law Center, 1875 Plumas Street, #1, Reno, Nevada 89509, telephone number (775) 333-7878 and William Heaivilin, Supervising Attorney, Nevada Disability Advocacy & Law Center, 2820 West Charleston Blvd., #11, Las Vegas, Nevada 89102, telephone number (702) 257-8150.

3. Defendants shall have to and including **Friday, November 21, 2014** to provide a complete copy of plaintiff's medical records and I-file as provided to the court *under seal* (#12) to Dr. Piasecki, Lynne Bigley, Esq., and William Heaivillin, Esq. at the addresses above.

4. Melissa Piasecki, M.D., Lynne Bigley, Esq., and William Heaivillin, Esq. shall be permitted to contact their client, Elizabeth Staff, Inmate #1008797, in writing, by telephone, by video conference, or in person at her place of incarceration.

5. The Courtroom Administrator, Lisa Mann, shall contact the parties to set an expedited settlement conference.

**IT IS SO ORDERED.**

Dated: November 10, 2014.

_____
UNITED STATES MAGISTRATE JUDGE